# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and LONG TERM DISABILITY INSURANCE PLAN OF LITHIA MOTORS, INC.,<br><br>    Defendants. | Case No. 2:17-cv-01214-WBS-CMK<br><br>**ORDER GRANTING STIPULATION TO DISMISS LONG TERM DISABILITY INSURANCE PLAN OF LITHIA MOTORS, INC.**<br><br><br>Judge:   Hon. William B. Shubb<br><br>Complaint Filed:   June 9, 2017 |

    IT IS HEREBY ORDERED that Defendant LONG TERM DISABILITY INSURANCE PLAN OF LITHIA MOTORS, INC. (the "Plan") be dismissed from this action without prejudice, with the Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. The Northwestern Mutual Life Insurance Company shall remain the only named defendant in this action.

    **IT IS SO ORDERED.**

Dated: July 28, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

0.0